STATE of Missouri,
Plaintiff/Respondent,

v.

Lyndon YORK, Defendant/Appellant.

Lyndon YORK, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 57855, 59617.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 16, 1991.

Brad B. Baker, Columbia, Donald J. Hager, Farmington, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction for attempted stealing by deceit and from the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm. The judgments are based upon findings of fact that are not clearly erroneous and no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and

reasons for this order pursuant to Rules 30.25(b) and 84.16(b).